IT IS ORDERED by the court that the motion to realign be, and hereby is, granted and that appellee Bank One Corporation shall share the time allotted to appellant.

**2005–0227. Norwood v. Horney.**

Hamilton App. No. C–040683. This cause is pending before this court as a discretionary appeal. Upon consideration of appellants' emergency motion for stay of court of appeals' judgment and motion for injunctive relief,

IT IS ORDERED by the court that the motions be, and hereby are, granted.

IT IS FURTHER ORDERED by the court that the appellees are hereby enjoined from destroying or otherwise altering the subject property pending further order of this court.

MOYER, C.J., and O'DONNELL, J., dissent.

**2005–0228. Norwood v. Gamble.**

Hamilton App. No. C–040783. This cause is pending before this court as a discretionary appeal. Upon consideration of appellants' emergency motion for stay of court of appeals' judgment and motion for injunctive relief,

IT IS ORDERED by the court that the motions be, and hereby are, granted.

IT IS FURTHER ORDERED by the court that the appellees are hereby enjoined from destroying or otherwise altering the subject property pending further order of this court.

MOYER, C.J., and O'DONNELL, J., dissent.

# CASE ANNOUNCEMENTS AND ADMINISTRATIVE ACTIONS

## *February 24, 2005*

[Cite as *02/24/2005 Case Announcements*, 2005-Ohio-724.]

# MISCELLANEOUS DISMISSALS

**2005–0126. State ex rel. Jackson v. Indus. Comm.**

Franklin App. No. 04AP–174, 2004-Ohio-6524. This cause is pending before the court as an appeal from the Court of Appeals for Franklin County. Upon consideration of appellant's application for dismissal,

IT IS ORDERED by the court that the application for dismissal be, and hereby is, granted.

ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.

# MEDIATION REFERRALS

The following case has been returned to the regular docket pursuant to S.Ct.Prac.R. XIV(6)(E):

**2004–1940. State ex rel. Jeany v. Cleveland Concrete Constr., Inc.**

Franklin App. No. 04AP–51, 2004-Ohio-5842.